# United States District Court
## Middle District Of Florida
### Orlando Division

**PATRICIA MAYE REED,**

    **Plaintiff,**

v.        Case No:   6:17-cv-279-Orl-22KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court for review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for Disability Insurance Benefits.

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and that the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 9, 2018 (Doc. No. 14), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The final decision of the Commissioner of Social Security denying claim for Disability Insurance Benefits is hereby REVERSED and the case is REMANDED for further proceedings.

3.    The Clerk is directed to enter a judgment, accordingly.

4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties