# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PATRICIA MAYE REED,

      **Plaintiff,**

v.                          Case No:   6:17-cv-279-Orl-22KRS

COMMISSIONER OF SOCIAL SECURITY,

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 17) filed on February 21, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 26, 2018 (Doc. No. 18), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees is hereby GRANTED in part. The Commissioner shall pay Plaintiff's attorney's fees in the amount of $3,714.23. The Commissioner may pay the fee directly to Plaintiff's counsel at her discretion.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record